AO 442 (Rev. 01/09) Arrest Warrant                                                                FID 10725352

# UNITED STATES DISTRICT COURT
for the
District of Columbia

**RECEIVED**
By USMS District of Columbia District Court at 12:18 pm, Sep 13, 2024

United States of America
v.

**DAMANI LAMONT CARMON**

*Defendant*

Case: 1:24-mj-00290
Assigned To : Judge G. Michael Harvey
Assign. Date : 9/13/2024
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   **DAMANI LAMONT CARMON**

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1) (unlawful possession of a firearm and ammunition by a person who has been convicted of a crime punishable by imprisonment for a term exeeding one year)

Date:   09/13/2024

*Issuing officer's signature*

City and state:   Washington, D.C.

G. Michael Harvey, United States Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 9/13/2024, and the person was arrested on *(date)* 10/1/2024 at *(city and state)* Washington, DC |
| Date: 10/1/2024 |
| *Arresting officer's signature* |
| CEstrada, DUSM |
| *Printed name and title* |