UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| V. | : | Case No. 24-cr-425 (JEB) |
| | : | |
| **DAMANI LAMONT CARMON,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF WITHDRAWAL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Kyle R. Mirabelli, as counsel for the United States, is terminating their appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

        Respectfully submitted,

        EDWARD R. MARTIN, JR.
        United States Attorney
        D.C. Bar No. 481866

By:    /s/ *Kyle R. Mirabelli*
        Assistant United States Attorney
        N.Y. Bar No. 5663166
        601 D Street, N.W.
        Washington, D.C. 20530
        Office: (202) 252-7884
        Email: kyle.mirabelli@usdoj.gov